ORIGINAL



FILED
DISTRICT COURT OF GUAM

OCT 27 2005 ᵠᵖ

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00077 |
| Plaintiff, | |
| | INFORMATION |
| vs. | USE OF COMMUNICATION FACILITY IN FACILITATING COMMISSION OF DRUG FELONY |
| | [21 U.S.C. § 843(b)] |
| LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 17, 2005, in the District of Guam, the defendant, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, did knowingly and intentionally use a communication facility, to-wit: a telephone, in committing, causing and facilitating the commission of conspiracy to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846, to-wit, the defendant received a telephone call from Gerardo Gonzalez and, as a result,

//
//

requested others to obtain from him and distribute over 100 grams of methamphetamine hydrochloride.

All in violation of Title 21, United States Code, § 843(b).

Dated this 27th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**

City __Hagåtña__

Country/Parish __N/A__

**Related Case Information:**

Superseding Indictment __X__ Docket Number __05-00077__
Same Defendant __X__ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __X__ No

Defendant Name __Lisa Marie Rodriguez__

Allisas Name __Lisa Rodriguez-Cole__

Address _____
__Harmon, GU__

Birth date __XX/XX/1965__ SS# __XXX-XX-4011__ Sex __F__ Race __H__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED OCT 27 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 21 U.S.C. § 843(b) | USE OF A COMMUNICATION FACILITY IN FACILITATING COMMISSION OF A DRUG FELONY | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

Date: __10/27/05__    Signature of AUSA: _[signature]_