# United States District Court

FOR THE **DISTRICT OF** GUAM

**UNITED STATES OF AMERICA**

v.

LISA MARIE RODRIGUEZ a/k/a
LISA RODRIGUEZ-COLE

Defendant(s).

**WAIVER OF INDICTMENT**

**FILED**
DISTRICT COURT OF GUAM

**Case Number:** 05-00077  OCT 28 2005

MARY L.M. MORAN
CLERK OF COURT

I, ___Lisa Marie Rodriguez___ the above-named defendant, who is accused of

USE OF COMMUNICATION FACILITY IN FACILITATING COMMISSION OF DRUG FELONY in Violation of Title 21, United States Code, Section 843(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consenting that the proceeding may be by information rather than by indictment.

_____
LISA MARIE RODRIGUEZ
*Defendant*

_____
G. PATRICK CIVILLE
*Counsel for Defendant*

Before: _____
~~Judicial Officer~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**