IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>LISA MARIE RODRIGUEZ a.k.a.<br>LISA RODRIGUEZ-COLE,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00077<br><br>**CONSENT TO RULE 11 PLEA IN<br>A FELONY CASE BEFORE UNITED<br>STATES MAGISTRATE JUDGE** |

    I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///
///

ORIGINAL

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this 28th day of October 2005.

_____
LISA MARIE RODRIGUEZ a.k.a.
LISA RODRIGUEZ-COLE
Defendant

_____
G. PATRICK CIVILLE
Attorney for Defendant

APPROVED:

_____
MARIVIC P. DAVID
Assistant U.S. Attorney