IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00077**      **DATE: 10/28/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 11:11:03 - 11:49:53**    CSO: D. Quinata

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: LISA MARIE RODRIGUEZ aka**      **ATTY : G. PATRICK CIVILLE**
     **LISA RODRIGUEZ-COLE**      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.

**U.S. ATTORNEY: MARIVIC DAVID**      **AGENT:**

**U.S. PROBATION: STEPHEN GUILLIOT**      **U.S. MARSHAL: G. PEREZ**

**INTERPRETER:** _____ ( ) SWORN   **LANGUAGE:** _____

**PROCEEDINGS: INITIAL APPEARANCE / WAIVER OF INDICTMENT / FILING OF INFORMATION / PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: **39**    HIGH SCHOOL COMPLETED: **HIGH SCHOOL**
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES

( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

( X ) WAIVER OF INDICTMENT EXECUTED
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: **INFORMATION**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: **OCTOBER 27, 2005**    PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) STATUS HEARING: **FEBRUARY 15, 2006** at **2:00 P.M.**
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT IN CRIMINAL CASE NO. 05-00039.

**NOTES:**

The Court appointed Mr. Civille to represent the defendant.

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Pen and ink changes made to the Plea Agreement: Page 4, line 15 to read "On May 17, 2005, the defendant was contacted by Gerardo E. Gonzalez, Jr. by telephone and he advised her that Rojas and Gonzalez were in Room 208 of the Hotel Mai Ana and were waiting for someone to pick up the drugs they brought to Guam. Afterwards, the defendant conveyed the message in person to Morales." The Court executed the Report and Recommendation Concerning Plea of Guilty.