
FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**LISA MARIE RODRIGUEZ**<br>**aka LISA RODRIGUEZ-COLE,**<br><br>Defendant. | CRIMINAL CASE NO. 05-00077<br><br>ORDER |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to October 24, 2005.

Dated this 28th day of October, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL