FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>LISA MARIE RODRIGUEZ a.k.a.<br>LISA RODRIGUEZ-COLE,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00077<br><br>**ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE OF STATUS CONFERENCE** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant an Information charging her with Use of Communication Facility in Facilitating Commission of Drug Felony, in violation of 21 U.S.C. § 843(b), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for a Status Conference on February 15, 2006, at 2:00 p.m.

IT IS SO ORDERED.

DATED this 6th day of December 2005.

_____
D. LOWELL JENSEN*
District Judge

---

* The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.