# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Lisa Marie Rodriguez,<br><br>   Defendant. | Case No. 1:05-cr-00077<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Status Conference filed December 6, 2005*, on the dates indicated below:

*U.S. Attorney's Office*           *G. Patrick Civille*
*December 7, 2005*            *December 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Status Conference filed December 6, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 7, 2005           /s/ Leilani R. Toves Hernandez
                               Deputy Clerk