CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,
aka Lisa Rodriguez-Cole*



FILED
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LISA MARIE RODRIGUEZ, ) <br> a/k/a LISA RODRIGUEZ-COLE, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | CRIMINAL CASE NO. 05-00077 <br><br> STIPULATION MODIFYING <br> CONDITIONS OF RELEASE OF <br> DEFENDANT LISA MARIE COLE |

The United States and Defendant Lisa Maria Cole, through counsel, hereby stipulate that Defendant Cole is directed to participate in counseling as may be arranged by the U.S. Probation Office.

SO STIPULATED.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant Lisa Marie
Rodriguez, aka Lisa Rodriguez-Cole*

Date: January 25, 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC DAVID
Assistant U.S. Attorney
*Attorneys for Plaintiff
United States of America*

Date: January ____, 2006

ORIGINAL