CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Cole*

FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00077 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| LISA MARIE RODRIGUEZ, a/k/a LISA RODRIGUEZ-COLE, *et al.,* | ) ) ) | ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT LISA RODRIGUEZ COLE |
| Defendants. | ) ) ) | |

By stipulation of the parties and for good cause shown,

IT IS ORDERED that Defendant Lisa Marie Rodriguez, aka Lisa Rodriguez Cole, is hereby directed to participate in a counseling program as may be arranged by the U.S. Probation Office. The Defendant shall pay all or part of the cost of the program based upon her ability to pay as determined by the pretrial services office or supervising officer. All other terms and conditions of the Order Setting Conditions of Release shall remain in full force and effect.

**SO ORDERED** this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL