# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

           Plaintiff,

       vs.

Lisa Marie Rodriguez aka Lisa Marie Rodriguez-Cole,

           Defendant.

Case No. 1:05-cr-00077

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Amended Order Setting Conditions of Release filed February 7, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Civille & Tang, PLLC* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *February 8, 2006* | *February 8, 2006* | *February 8, 2006* | *February 8, 2006* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

**Amended Order Setting Conditions of Release filed February 7, 2006**

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 8, 2006

       /s/ Virginia T. Kilgore
        Deputy Clerk