FILED
DISTRICT COURT OF GUAM

FEB 1 0 2006

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00077 |
| Plaintiff, | ) | **STIPULATION OF PARTIES TO VACATE STATUS HEARING** |
| vs. | ) | |
| LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through her counsel, G. Patrick Civille, hereby stipulate to vacate the status hearing,

//

//

//

//

//

//

now scheduled for February 15, 2006 at 2:00 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 2/7/06

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 2/7/06

_____
G. PATRICK CIVILLE
Attorney for Defendant

-2-