LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America



FILED
DISTRICT COURT OF GUAM
FEB 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00077 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **February 10, 2006** |
| LISA MARIE RODRIGUEZ ) | **Stipulation of Parties** |
| a/k/a LISA RODRIGUEZ-COLE, ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed February 10, 2006, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the February 15, 2006 status hearing is vacated, and sentencing is hereby set for June 6, 2006, at 10:00 a.m. before the Honorable John A. Houston, United States District Court for the Southern District of California. The presentence report shall be provided to the parties by April 10, 2006. The parties shall file their responses to the presentence report no later than April 24, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than May 8, 2006.

DATED: February 13, 2006

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL