ORIGINAL

CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez,*
*aka Lisa Rodriguez-Cole*



FILED
DISTRICT COURT OF GUAM
MAY 22 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA MARIE RODRIGUEZ,<br>a.k.a. LISA RODRIGUEZ-COLE,<br><br>Defendant. | CRIMINAL CASE NO. 05-00077<br><br>STIPULATED MOTION TO<br>CONTINUE SENTENCING |

The parties in the above-entitled matter, the United States of America and Defendant Lisa Marie Cole, through counsel, hereby move the Court to continue the sentencing currently scheduled for June 6, 2006, and that it be continued until the first week of July, or such later date as may be convenient for the Court.

SO STIPULATED.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant Lisa Marie*
*Rodriguez, aka Lisa Rodriguez-Cole*

Date: May 22, 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC DAVID
Assistant U.S. Attorney
*Attorneys for Plaintiff*
*United States of America*

Date: May 22, 2006