**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Lisa Marie Rodriguez
aka Lisa Rodriguez-Cole,*



FILED
DISTRICT COURT OF GUAM

MAY 23 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.05-00077 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING** |
| LISA MARIE RODRIGUEZ a.k.a. LISA RODRIGUEZ-COLE, | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties filed May 22, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter, presently set for June 6, 2006, be continued to Thursday, July 6, 2006 at 10:00 a.m.

SO ORDERED this 23rd day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**