AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
JUL - 3 2006
MARY L.M. MORAN
CLERK OF COURT

United States of America

V.

**LISA MARIE RODRIGUEZ**
aka LISA RODRIGUEZ-COLE

**NOTICE**

CASE NUMBER: CR-05-00077

TYPE OF CASE:
☐ CIVIL      X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** 3rd Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910 | Thursday, July 6, 2006 at 10:00 a.m. | Thursday, July 6, 2006 at 8:30 a.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_[signature]_

July 3, 2006
DATE

(BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     G. Patrick Civille
     U.S. Probation Office
     U.S. Marshals Service

ORIGINAL