# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>   vs.<br><br>Lisa Marie Rodriguez aka<br>Lisa Rodriguez-Cole,<br><br>    Defendant. | Case No. 1:05-cr-00077<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed July 3, 2006,* on the dates indicated below:

*U.S. Attorney's Office Civille & Tang, PLLC U.S. Probation Office U.S. Marshals Service*
*July 3, 2006   July 3, 2006   July 3, 2006   July 3, 2006*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Hearing filed July 3, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 3, 2006             /s/ Virginia T. Kilgore
                            Deputy Clerk