# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING



FILED
DISTRICT COURT OF GUAM

JUL - 7 2006

MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-05-00077       DATE: July 06, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding

     Law Clerk: Mary Lou Johnson       Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 8:33:29 - 9:14:30
         CSO: None Present

---

## APPEARANCES:

Defendant: Lisa Marie Rodriguez aka      Attorney: G. Patrick Civille
           Lisa Rodriguez-Cole

       ☑ Present ☐ Custody           ☑ Present ☐ Retained ☐ FPD
       ☐ Bond ☑ P.R.              ☑ CJA
U.S. Attorney: Marivic P. David      U.S. Agent: John Duenas, Immigration and
                                    Customs Enforcement

U.S. Probation: Maria Cruz         U.S. Marshal: None Present
    Interpreter:                    Language:
         ☐ Sworn ☐ Previously
         Sworn

---

## PROCEEDINGS: Sentencing

- Court Stated the Appropriate Base Offense Levels:
  Base Offense Level: 32
  Total Offense Level: 15 (after departures)
  Criminal History Category: III
- No Objections by the Government and Defense
- Attorney for Defendant Addressed the Court and Made its Recommendation
- Defendant Addressed the Court and Apologized
- Government Addressed the Court and Made its Recommendation
- Letter(s) of Recommendation Received by the Court
- Government's Motion for a One-Level Decrease <u>Granted</u>
- Defendant Committed to the Bureau of Prisons for a Term of <u>24 months</u>
- Court Recommendation to the Bureau of Prisons at <u>Georgia or a facility offering the 500 Hour Intensive Drug Treatment Program</u>
- Upon Release from Imprisonment, Defendant Is Placed on Supervised Release for a Term of <u>One year</u>, with Conditions (Refer to Judgment for Conditions of Supervised Release)
- All Fines Waived by the Court
- Defendant Was Ordered to Pay a Special Assessment Fee of $100.00.
- Court Stated the Justification of the Sentence Imposed

- Defendant Was Advised of Her Appeal Rights
- Defendant Allowed to Self-surrender to the U.S. Marshals Service on Guam by 12:00 p.m. on August 7, 2006

NOTES: Government moved to Dismiss the Counts in the Superseding Indictment of CR-05-00039 - Granted. No further written order will be forthcoming.