# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Lisa Marie Rodriguez<br>aka Lisa Rodriguez-Cole,<br><br>        Defendant. | Case No. 1:05-cr-00077<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Unredacted Judgment and the Notice of Entry of Order filed July 7, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *G. Patrick Civille* | *U.S. Probation Office – 1 copy* |
|---|---|---|
| *July 10, 2006* | *July 10, 2006* | *July 10, 2006* |
| | | *(Unredacted Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Unredacted Judgment and the Notice of Entry of Order filed July 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 12, 2006                              /s/ Leilani R. Toves Hernandez
                                                                         Deputy Clerk