# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>         Plaintiff,<br><br>    vs.<br><br>Lisa Marie Rodriguez<br> aka Lisa Rodriguez-Cole,<br><br>         Defendant. | Case No. 1:05-cr-00077<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed July 7, 2006*, on the dates indicated below:

*U.S. Marshals Service – 5 certified copies*   *U.S. Probation Office – 1 certified copy*
*July 10, 2006*                                 *July 10, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed July 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 12, 2006                           /s/ Leilani R. Toves Hernandez
                                                    Deputy Clerk